# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 28, 2020

## NO. 03-20-00105-CV

**S. W., Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on January 24, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to include the suffix "Jr." when referring to S.W., Jr. and to replace the suffix "Jr." with "III" when referring to appellant's child's name. The Court affirms the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.